## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GARY LEON WEBSTER**                                    **PLAINTIFF**
**ADC #114018**

**v.**                          **No. 3:19-cv-157-DPM**

**M. BRIAN MILES, Managing**                            **DEFENDANT**
**Public Defender, Craighead County**

### ORDER

**1.** Webster hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 15 July 2019. If he doesn't, then the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 July 2019_