IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                          PLAINTIFF
ADC #114018

v.                      No. 3:19-cv-157-DPM

M. BRIAN MILES, Managing                                   DEFENDANT
Public Defender, Craighead County

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019